**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KENDRICK DULDULAO,**

    Plaintiff(s),

v.                        **CASE NO:  8:11-CV-1409-T-30TBM**

**THE COLONNADE
INCORPORATED,**

    Defendant(s).
_____/

**ORDER OF DISMISSAL**

The Court has been advised via a Mediation Report (Dkt. #11) that the above-styled action has been concluded and will be dismissed.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this Order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on December 6, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record